914

No. A–904. WORLDWIDE CHURCH OF GOD, INC., ET AL. *v.* SUPERIOR COURT FOR THE COUNTY OF LOS ANGELES (CALIFORNIA, REAL PARTY IN INTEREST). Application for stay of judgment of the Superior Court of the State of California for the County of Los Angeles, entered December 31, 1979, presented to MR. CHIEF JUSTICE BURGER, and by him referred to the Court, denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.

APRIL 28, 1980

No. 79–6015. ROBERTSON *v.* TEXAS. Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal question.

No. 79–1044. BUSH *v.* LUCAS. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Carlson* v. *Green, ante,* p. 14.

No. A–844. WALTON *v.* UNITED STATES. Application for bail, addressed to MR. JUSTICE STEVENS and referred to the Court, denied.

No. A–863. GREEN *v.* BARTHOLOMEW ET AL. C. A. 2d Cir. Application for stay of mandate, addressed to MR. JUSTICE STEWART and referred to the Court, denied.

No. A–892. MARCELLO *v.* UNITED STATES. Application for bail, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.